

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00368-CV

**IN THE ESTATE OF** Alvilda Mae **AGUILAR**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2012-PC-2802
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

     In accordance with this court's opinion of this date, the order of the probate court is AFFIRMED. It is ORDERED that appellee recover her costs of this appeal from appellants.

SIGNED February 19, 2014.

Catherine Stone, Chief Justice